# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROL DAVIS** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **ALL RISKS SPECIALTY, LLC** | * | **MAGISTRATE:** |
| **F/K/A ALL RISKS, LTD** | * | |

**********************************************************************

TO:    Carol Davis                              The Honorable Judges of the
       Through her attorney of record:          United States District Court
       Jill L. Craft                            Eastern District of Louisiana
       W. Brett Conrad, Jr.
       Attorney At Law, LLC
       329 St. Ferdinand Street
       Baton Rouge, Louisiana

## <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, All Risks Specialty, LLC ("All Risks" or "Defendant"), named defendant in that certain proceeding entitled, "*Carol Davis versus All Risks Specialty, LLC f/k/a All Risks, Ltd.*" pending in Division "C" and bearing number 2020-9435 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, hereby removes this proceeding to the United States District Court, Eastern District of Louisiana.

A copy of this Notice of Removal is being served upon counsel of record for the Plaintiff, Carol Davis ("Plaintiff"), and will promptly be filed with the Clerk of aforesaid State Court, all in conformity with 28 U.S.C. §1446(d).  Defendant appears for the purpose of removal only and for no other purpose and, reserving all rights and defenses, states as follows:

I.

Per review of the record, on November 6, 2020, Plaintiff filed her "Petition with Jury Demand" captioned, "*Carol Davis versus All Risks Specialty, LLC f/k/a All Risks, LTD.*" pending in Division "C" and bearing number 2020-9435 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana naming All Risks as defendant. On February 17, 2021, plaintiff amended and/or supplemented the Petition, filing a Supplemental, Amending, and Restated Petition (the "Amending Petition").  (See*, Petition and Amending Petition, attached *in globo*, as Exhibit A.) Civil District Court for the Parish of Orleans is within the jurisdictional boundaries of the Eastern District.

II.

All Risks first received a copy of the Amending Petition on or near March 24, 2021 following receipt of a purported service letter dated March 18 sent by the Secretary of State for the State of Louisiana. Although the Secretary of State is not an/the agent for service of process for All Risks, in any case, thirty days have not passed since the receipt by All Risks of the initial pleadings setting forth the claim for relief upon which this removal is based, which claims are first set forth in the Amending Petition.

III.

In the Amending Petition, Plaintiff asserts that she was employed by All Risks and was, while working there and upon termination of employment, subjected to acts (see Petition, ¶¶ 2-7 for allegations of age discrimination) that plaintiff alleges to have "constituted prohibited age discrimination and harassment in violation of La. R.S. 23:301, et seq., ADEA, 29 U.S.C. §623(a), and age based retaliation under ADEA, 29 U.S.C. §623(d)." (*See* Petition ¶8.)

981459

IV.

The allegations and causes of action asserted in the Petition, as amended, are expressly and on their face brought under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq*., a law of the United States. Plaintiff also seeks remedy under the corresponding state (Louisiana) law prohibitions on age based discrimination. Those allegations arise from and form part of the same case or controversy. As such, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367. Consequently, this Court has federal question jurisdiction over this entire proceeding pursuant to 28 U.S.C. §1331, and it should be removed to this Court.

V.

Copies of all pleadings, processes and other documents filed in the state court are attached *in globo* as Exhibit "A," and incorporated herein for all purposes.

**WHEREFORE**, Defendant, All Risks, prays that this, its Notice of Removal, be accepted as good and sufficient, and the aforesaid Petition, as amended, be removed from the aforesaid State Court into the United States District Court for the Eastern District of Louisiana for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said State Court, and thereupon proceed with this civil action as if it had been commenced originally in this Court.

981459

Respectfully submitted:


*/s/ George C. Drennan*
GEORGE C. DRENNAN (#28025)
LAUREN N. BAUDOT (#36367)
Plauché Maselli Parkerson LLP
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: (504) 582-1142
Fax: (504) 582-1172
E-mail:  gdrennan@pmpllp.com
E-mail:  lbaudot@pmpllp.com

COUNSEL FOR ALL RISKS SPECIALTY,
LLC.


## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this  31st  day of   March , 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record . I further certify that I have also served all counsel of record with a copy of the foregoing either by facsimile and/or placing same in the United States mail, properly addressed and postage prepaid.

*/s/ George C. Drennan*

981459