**CIVIL DISTRICT COURT**
**ORLEANS PARISH**
**STATE OF LOUISIANA**



NUMBER: 2020-9435   DIVISION: _____

**CAROL DAVIS**

**VERSUS**

**SECTION 10**

**ALL RISKS SPECIALITY, LLC f/k/a ALL RISKS, LTD.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PETITION WITH JURY DEMAND**</u>

The Petition with Jury Demand of Carol Davis, a resident of the full age of majority of Jefferson Parish, Louisiana, respectfully represents:

1.

Made defendant herein is All Risks Specialty, LLC f/k/a All Risks, Ltd. ("All Risks"), a foreign corporation authorized and actually doing business in Orleans Parish, Louisiana, which is justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

2.

On July 1, 2013, Petitioner began employment with defendant All Risks at the All Risks office located originally in Jefferson Parish, Louisiana, thereafter in Orleans Parish, Louisiana. At all times pertinent hereto, defendant was Petitioner's "employer" within the meaning and intent of Louisiana law and Petitioner was defendant's "employee" within the meaning and intent of Louisiana law. The last position Petitioner held with defendant was that of Broker/Underwriter being paid an annual salary of $75,000.00/year.

3.

In October, 2016, Petitioner was transitioned to a newly created team, NOLA MGA, on which she was paired with Brandon Anderson. At the time, Petitioner was 57 years of age and Anderson was 33 years of age.

4.

During this same time frame, Petitioner became aware that all of the newly hired employees were in their 20's/early 30's. Although defendant All Risks had created a mentorship program for the new hires, defendant refused to assign any of the new hires to Petitioner despite Petitioner's request for them to be assigned to her. Instead, defendant assigned them to Petitioner's much

younger counterparts.  As a result, although Petitioner's workload was significant, she was denied the benefit of the assistance provided her much younger counterparts through the use of the new hires in the mentorship program.  In addition, Petitioner was routinely left out of professional and office functions wherein the younger employees in the office were all invited by defendant to the exclusion of Petitioner.  Throughout the workplace, Petitioner was singled out because of her age, including referring to her files as "old fashioned", that she needs to get into "the 21st Century", and other derogatory age-based remarks.  These offensive comments were open, obvious, and pervasive, including being made in the presence of Petitioner's supervisors.

5.

On October 30, 2019, Petitioner was called into a meeting with her supervisor, Glenn Hargrove, All Risks Regional Manager.  Hargrove proceeded to advise Petitioner that "All Risks is going in a different direction" and "All Risks is focusing on the younger ARU's going forward."  With that, Hargrove advised Petitioner she was terminated.

6.

Petitioner protested her termination as age-based and discriminatory, to no avail.  When she inquired as to her last day of employment, defendant originally advised she pick her date as the holidays were approaching.  However, on November 15, 2019, defendant advised Petitioner she needed to leave immediately.

7.

On that date, defendant presented Petitioner with a Severance Agreement specifically providing for a release of age discrimination claims.  The Severance Agreement provided that Petitioner would be paid through December 31, 2019, as she had been originally promised.  Petitioner refused to sign the Severance Agreement and her pay ceased as of November 15, 2019, instead of December 31, 2019, as Hargrove had originally advised.

8.

Petitioner contends the actions of defendant All Risks constituted prohibited age discrimination in violation of La. R.S. 23:301, *et seq.*, for which she sues for herein.  Petitioner further shows that all conditions precedent, including, under La. R.S. 23:303, have been met and/or complied with.

9.

As a result of the situation sued upon herein, Petitioner sustained damages which include, but are not limited to, severe and extreme emotional distress and mental anguish, past and future lost wages, benefits, and earning capacity, physical injuries, and all such other damages as will be more fully shown at trial and for which Petitioner sues for herein.

10.

Petitioner is entitled to and desires an award of attorney's fees pursuant to Louisiana law.

11.

Petitioner is entitled to and desires an award of all such other relief afforded her at law or in equity.

12.

Petitioner is entitled to and desires trial by jury.

WHEREFORE, Petitioner, Carol Davis, prays for trial by jury and after due proceedings are had that there be Judgment herein in her favor and against defendant, All Risks Ltd. of the Southeast, Inc., for all sums as are reasonable under the premises, attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

Respectfully submitted,

By: _____
Jill L. Craft, T.A., #20922
W/ Brett Conrad, Jr., #37629
Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana  70802
(225) 663-2612

**PLEASE SERVE:**

All Risks Specialty, LLC f/k/a All Risks, Ltd.
Through its Agent for Service of Process,
Commissioner of Insurance
1702 N. Third Street
Baton Rouge, Louisiana  70802

**CIVIL DISTRICT COURT**
**ORLEANS PARISH**
**STATE OF LOUISIANA**

FILED
NOV 0 6 2020
CLERKS OFFICE
CIVIL DISTRICT COURT

NUMBER _____ DIVISION _____

**CAROL DAVIS**

**VERSUS**

**ALL RISKS, LTD. OF THE SOUTHEAST, INC.**

**************************************************
**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned Notary Public, personally came and appeared:

Carol Davis

    A resident of the full age of majority of Jefferson Parish, Louisiana, who upon being duly sworn did depose and state that she is the Petitioner in the above and foregoing Petition, that she has read same, and all facts and allegations contained therein are true and correct.

_____
Carol Davis

    SWORN TO AND SUBSCRIBED before me, Notary Public, this _____ day of
November, 2020.

_____

VERIFIED

**ATTORNEY'S NAME:**   Craft, Jill L 20922
**AND ADDRESS:**   509 St. Louis St. , Baton Rouge, LA 70802

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2020-09435**          **DIVISION: C**          **SECTION: 10**

**DAVIS, CAROL**

**Versus**

### ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:       ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE

1702 N. THIRD STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION WITH JURY DEMAND

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA November 18, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Dacia Smith, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION WITH JURY DEMAND** | **PETITION WITH JURY DEMAND** |
| ON  **ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.** | ON  **ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.** |
| THROUGH:  **ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE** | THROUGH:  **ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said **ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.** |
| Mileage: $ _____ | being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.      DEPUTY      PARISH | |

ATTORNEY'S NAME:   Craft, Jill L 20922
AND ADDRESS:   509 St. Louis St. , Baton Rouge, LA 70802

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-09435 | DIVISION: C | SECTION: 10 |
|---|---|---|

### DAVIS, CAROL

**Versus**

### ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:         ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE

1702 N. THIRD STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION WITH JURY DEMAND

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 18, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Dacia Smith, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION WITH JURY DEMAND** | **PETITION WITH JURY DEMAND** |
| ON  ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD. | ON  ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS, COMMISSIONER OF INSURANCE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said **ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS, LTD.** being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ |  |
| SERIAL NO.      DEPUTY       PARISH |  |

CIVIL DISTRICT COURT
ORLEANS PARISH
STATE OF LOUISIANA

NUMBER: 2020-09435      DIVISION: C-10

CAROL DAVIS

VERSUS

ALL RISKS SPECIALITY, LLC f/k/a ALL RISKS, LTD.
*******************************************************************
MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL AMENDING, AND
RESTATED PETITION

NOW INTO COURT, through undersigned counsel comes Plaintiff, Carol Davis, who

respectfully requests leave to file her Supplemental, Amending, and Restated Petition, for the

following reasons, to-wit:

1.

On November 6, 2020, Plaintiff filed her Petition for damages against defendant pursuing

claims for age-based discrimination/harassment under Louisiana law.  No answer or pleadings

have been filed by defendant.

2.

On February 5, 2020, plaintiff filed her EEOC Charge of Discrimination.  After filing her

lawsuit, plaintiff was issued her Notice of Right to Sue from the EEOC dated January 25, 2021.

3.

Pursuant to La. C.C.P. Articles 1154 and 1155, plaintiff desires to supplement, amend, and

restate her original Petition to allege her federal claims for age-based discrimination, harassment,

and retaliation under the ADEA, 29 U.S.C. §626, *et seq.*  All conditions precedent to suit under

the ADEA, 29 U.S.C. §626(d), have been met and/or complied with as plaintiff timely filed a

Charge of Discrimination with the EEOC within three hundred (300) days from the date of her

termination and more than sixty (60) days have passed since her Charge of Discrimination was

filed.

4.

Pursuant to La. C.C.P. Article 11153, plaintiff's amendment relates back to the conduct,

transaction, and occurrence set forth in the Petition.

5.

No party will be prejudiced by the granting of leave to file the proposed pleading.

WHEREFORE, Plaintiff, Carol Davis, prays that after due proceedings are had, that this



court grant her leave to file her Supplemental, Amending, and Restated Petition.

RESPECTFULLY SUBMITTED,

By: _____

Jill L. Craft, La. Bar Roll No. 20922
W. Brett Conrad, Jr., La. Bar Roll No. 37639
Kaitlin A. Wall, La. Bar Roll No. 39462
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Fax: (225) 663-2613

CIVIL DISTRICT COURT
ORLEANS PARISH
STATE OF LOUISIANA

NUMBER: 2020-09435          DIVISION: C-10

CAROL DAVIS

VERSUS

ALL RISKS SPECIALITY, LLC f/k/a ALL RISKS, LTD.

*****************************************************************

## ORDER

Upon consideration of the above and foregoing Motion for Leave to File Plaintiff's

Supplemental, Amending, and Restated Petition, the law, and the record of these proceedings:

**IT IS ORDERED** that Plaintiff, Carol Davis' Motion for Leave to File Plaintiff's

Supplemental, Amending, and Restated Petition is hereby **GRANTED**, and that she be permitted

to file her Supplemental, Amending, and Restated Petition.

New Orleans, Louisiana, this _____ day of February, 2021.

_____
Judge, Civil District Court

**Please Serve:**

All Risks Speciality, LLC f/k/a All Risks, Ltd.
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Please Notice:**

Jill L. Craft
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612

VERIFIED

**CIVIL DISTRICT COURT**
**ORLEANS PARISH**
**STATE OF LOUISIANA**

NUMBER: 2020-09435      DIVISION: C-10

**CAROL DAVIS**

**VERSUS**

**ALL RISKS SPECIALITY, LLC f/k/a ALL RISKS, LTD.**
*************************************************************

**ORDER**

Upon consideration of the above and foregoing Motion for Leave to File Plaintiff's

Supplemental, Amending, and Restated Petition, the law, and the record of these proceedings:

**IT IS ORDERED** that Plaintiff, Carol Davis' Motion for Leave to File Plaintiff's

Supplemental, Amending, and Restated Petition is hereby **GRANTED**, and that she be permitted

to file her Supplemental, Amending, and Restated Petition.

New Orleans, Louisiana, this **23rd** day of February, 2021.

_____
Judge, Civil District Court, *Sidney H Cates, IV*

**Please Serve:**

All Risks Speciality, LLC f/k/a All Risks, Ltd.
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Please Notice:**

Jill L. Craft
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612

VERIFIED
3-1-2021

# JILL L. CRAFT
### ATTORNEY AT LAW, LLC

JILL CRAFT
W. BRETT CONRAD, JR.
KAITLIN A. WALL

329 ST. FERDINAND STREET
BATON ROUGE, LA 70802
PHONE: (225) 663-2612
FACSIMILE: (225)663-2613

February 11, 2021
*VIA U.S. MAIL*



Clerk of Court
Civil District Court
Orleans Parish
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112

> Re:   *Carol Davis vs. All Risks Specialty, LLC f/k/a All Risks, Ltd.*
> *Docket No. 2020-9435, Div. "C-10",*
> *Civil District Court, Parish of Orleans, State of Louisiana*

Dear Sirs/Madams,

Enclosed is the original and two (2) copies of a Motion for Leave to File Plaintiff's Supplemental Amending, and Restated Petition and Supplemental Amending, and Restated Petition regarding the above referenced matter.   Please return a file stamped copy of each in the enclosed self-addressed, stamped envelope.

Also, enclosed are our firm's checks in the amount of $175.50 to Clerk of Court, $30.00 to Orleans Parish Sheriff, $39.36 to East Baton Rouge Parish Sheriff, and $50.00 to the Louisiana Secretary of State reflecting payment of costs for this matter.

If you have any questions, please do not hesitate to contact me.  Thank you for your courtesies.

Very truly yours,

Jill L. Craft

JLC/awj
Enclosures
cc:    Client

# JILL L. CRAFT

FILED

Attorney at Law, LLC 2021 FEB 17 PM 3:29

JILL L. CRAFT
W. BRETT CONRAD, JR.
KAITLIN A. WALL

CIVIL
DISTRICT COURT

329 ST. FERDINAND STREET
BATON ROUGE, LA 70802
PHONE: (225) 663-2612
FAX: (225) 663-2613

February 11, 2021
***VIA U.S. MAIL***

Civil District Court
Orleans Parish
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112

RECEIVED
FEB 17 2021
CLERKS OFFICE
CIVIL DISTRICT COURT

> RE:  ***Carol Davis v. All Risk Speciality, LLC f/k/a All Risks, Ltd.***
> ***Docket No. 2020-9435, Div. "C-10",***
> ***Civil District Court, Parish of Orleans, State of Louisiana***

Dear Sirs/Madams,

Please reissue service of Citation and Petition to defendant All Risk Speciality, LLC f/k/a All Risks, Ltd., at the following address:

All Risks Specialty, LLC f/k/a All Risks Ltd.
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Please see enclosed a certified copy of the Petition.  Also, enclosed is our firm's check(s) in the amount of $30.00 to Orleans Parish Sheriff's Office, $39.36 to the East Baton Rouge Parish Sheriff's Office, and $50.00 to the Louisiana Secretary of State, reflecting payment of costs for this matter.  Thank you for your prompt attention to this mater.  Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

Jill L. Craft

Enclosures
cc: client



CIVIL DISTRICT COURT
ORLEANS PARISH
STATE OF LOUISIANA

NUMBER: 2020-09435          DIVISION: C-10

CAROL DAVIS

VERSUS

ALL RISKS SPECIALITY, LLC f/k/a ALL RISKS, LTD.

*******************************************************************
SUPPLEMENTAL, AMENDING, AND RESTATED PETITION

The Supplemental, Amending, and Restated Petition of Carol Davis, a resident of the full

age of majority of Jefferson Parish, Louisiana, respectfully represents and supplements, amends,

and restates her Petition, as alleged and substituted herein and reflected in **bold** print:

1.

Made defendant herein is All Risks Speciality, LLC f/k/a All Risks, Ltd. ("All Risks"), a

foreign corporation authorized and actually doing business in Orleans Parish, Louisiana, which is

justly and truly indebted unto Petitioner for all sums as are reasonable under the premises,

**liquidated damages as allowed by law**, attorney fees, all costs of these proceedings, legal interest

thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled

at law or in equity.

2.

On July 1, 2013, Petitioner began employment with defendant All Risks at the All Risks

office located originally in Jefferson Parish, Louisiana, thereafter in Orleans Parish, Louisiana. At

all times pertinent hereto, defendant was Petitioner's "employer" within the meaning and intent of

Louisiana and **federal** law and Petitioner was defendant's "employee" within the meaning and

intent of Louisiana and **federal** law. The last position Petitioner held with defendant was that of

Broker/Underwriter being paid an annual salary of $75,000.00/year.

3.

In October, 2016, Petitioner was transitioned to a newly created team, NOLA MGA, on

which she was paired with Brandon Anderson. At the time, Petitioner was 57 years of age and

Anderson was 33 years of age.

4.

During this same time frame, Petitioner became aware that all of the newly hired employees

were in their 20's/early 30's. Although defendant All Risks had created a mentorship program for

the new hires, defendant refused to assign any of the new hires to Petitioner despite Petitioner's request for them to be assigned to her. Instead, defendant assigned them to Petitioner's much younger counterparts. As a result, although Petitioner's workload was significant, she was denied the benefit of the assistance provided her much younger counterparts through the use of the new hires in the mentorship program. In addition, Petitioner was routinely left out of professional and office functions wherein the younger employees in the office were all invited by defendant to the exclusion of Petitioner. Throughout the workplace, Petitioner was singled out because of her age, including referring to her files as "old fashioned", that she needs to get into "the 21st Century", and other derogatory age-based remarks. These offensive comments were open, obvious, and pervasive, including being made in the presence of Petitioner's supervisors.

5.

On October 30, 2019, Petitioner was called into a meeting with her supervisor, Glenn Hargrove, All Risks Regional Manager. Hargrove proceeded to advise Petitioner that "All Risks is going in a different direction" and "All Risks is focusing on the younger ARU's going forward." With that, Hargrove advised Petitioner she was terminated.

6.

Petitioner protested her termination as age-based and discriminatory, to no avail. When she inquired as to her last day of employment, defendant originally advised she pick her date as the holidays were approaching. However, on November 15, 2019, defendant advised Petitioner she needed to leave immediately.

7.

On that date, defendant presented Petitioner with a Severance Agreement specifically providing for a release of age discrimination claims. The Severance Agreement provided that Petitioner would be paid through December 31, 2019, as she had been originally promised. Petitioner refused to sign the Severance Agreement and her pay ceased as of November 15, 2019, instead of December 31, 2019, as Hargrove had originally advised.

8.

Petitioner contends the actions of defendant All Risks constituted prohibited age discrimination **and harassment** in violation of La. R.S. 23:301, *et seq.*, **ADEA, 29 U.S.C. §623(a), and age-based retaliation under ADEA, 29 U.S.C. §623(d),** for which she sues for herein. Petitioner further shows that all conditions precedent **under Louisiana law**, including La. R.S.

23:303, have been met and/or complied with as the EEOC Charge of Discrimination Petitioner filed was served on the defendant, defendant submitted a response, and Petitioner acknowledged her intent to mediate, which the defendant declined.

### 8a.

All conditions precedent to suit under the ADEA, 29 U.S.C. §626(d), have been met and/or complied with as on February 5, 2020, Petitioner timely filed a Charge of Discrimination with the EEOC and more than sixty (60) days have passed since her Charge of Discrimination was filed. Petitioner was issued her Notice of Right to Sue dated January 25, 2021, a copy of which is attached hereto.

### 9.

As a result of the situation sued upon herein, Petitioner sustained damages which include, but are not limited to, severe and extreme emotional distress and mental anguish, past and future lost wages, **past and future medical expenses,** benefits, and earning capacity, physical injuries, and all such other damages as will be more fully shown at trial and for which Petitioner sues for herein.

### 10.

Petitioner is entitled to and desires an award of attorney fees pursuant to Louisiana and federal law.

### 10a.

Petitioner contends defendant's actions were willful and knowingly in reckless disregard for Petitioner's rights under the ADEA. Petitioner contends defendant is liable unto her for liquidated damages under the ADEA and for which she sues for herein.

### 10b.

Petitioner is entitled to and desires an award of all litigation costs. Petitioner is entitled to and desires an award of legal interest on all sums from the date of demand until paid.

### 11.

Petitioner is entitled to and desires an award of all such other relief afforded her at law or in equity.

### 12.

Petitioner is entitled to and desires trial by jury.

WHEREFORE, Petitioner, Carol Davis, prays for trial by jury and after due proceedings are had that there be Judgment herein in her favor and against defendant, **All Risks Speciality, LLC f/k/a All Risks, Ltd.,** for all sums as are reasonable under the premises, **liquidated damages as allowed by law,** attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

Respectfully submitted,

By: _____
Jill L. Craft, T.A., #20922
W. Brett Conrad, Jr., #37629
Kaitlin A. Wall, #39462
Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana  70802
(225) 663-2612

**PLEASE SERVE:**

All Risks Speciality, LLC f/k/a All Risks, Ltd.
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Carol F. Davis<br>4605 Academy Drive<br>Metairie, LA 70003 | From: | New Orleans Field Office<br>Hale Boggs Federal Building<br>500 Poydras Street, Room 809<br>New Orleans, LA 70130 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2020-01047 | Jennifer Mitchem,<br>Investigator | (504) 635-2566 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| ☐ | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☐ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| ☐ | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

| ☒ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

For   *Jennifer J. Mitchem*                                        January 25, 2021

Travis Nicholson,                                                      *(Date Issued)*
Acting Field Director

Enclosures(s)

cc:   George Drennan                                    Jill L. Craft
      Attorney at Law                                   Attorney at Law
      701 Poydras Street                                330 Government Street
      New Orleans, LA 70139                             Baton Rouge, LA 70802

VERIFIED

Enclosure with EEOC
Form 161-B (11/2020)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed *within 90 days of the date this Notice was
issued* to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2020-01047 |

Louisiana Commission On Human Rights _____ and EEOC
_____ State or local Agency, if any _____

| Name (Indicate Mr., Ms., Mrs.)<br>**Ms. Carol F. Davis** | Home Phone (Incl. Area Code)<br>**(504) 454-6223** | Date of Birth.<br>**1959** |
|---|---|---|
| Street Address<br>**4605 Academy Drive, Metairie, LA 70003** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**ALL RISKS LTD** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(504) 708-1800** |
|---|---|---|
| Street Address<br>**865 Fulton Street,  Suite 420,  New Orleans, LA 70130** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: **05-01-2019**   Latest: **11-15-2019**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment at All Risks LTD on July 1, 2013, most recently as a Broker/Underwriter, earning $75,000 annually.  Throughout my employment I was denied my repeated requests of an intern to train and assist with my workload. On October 30, 2019, Mr. Glen Hargrove, Regional Manager, (56 years), came to the New Orleans branch to conduct our annual budget meeting.  During the meeting, Mr.  Hargrove informed me that All Risks was going in a different direction for 2020 and that the New Orleans office was overstaffed, and my name was the only name on the list to be let go. I was discharged on November 15, 2019.  The company employs over 500 persons.

According to the company, I was discharged due to the office being overstaffed and not meeting the budget.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**4-6-2020** Date   *Carol F. Davis* Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.      **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.      **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.      **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.      **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.      **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

ATTORNEY'S NAME:   Craft, Jill L 20922
AND ADDRESS:   509 St. Louis St., Baton Rouge, LA 70802

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-09435 | DIVISION: C | SECTION: 10 |
|---|---|---|
| | DAVIS, CAROL | |

**Versus**

## ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:   ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD.

THROUGH:   THE LOUISIANA SECRETARY OF STATE

   8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION WITH JURY DEMAND

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504–561–8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 18, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jessica Brooks, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION WITH JURY DEMAND | PETITION WITH JURY DEMAND |
| ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. | ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. |
| THROUGH: THE LOUISIANA SECRETARY OF STATE | THROUGH: THE LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose mme and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 10637490                      Page 1 of 1

ATTORNEY'S NAME:   Craft, Jill L 20922
AND ADDRESS:.          509 St. Louis St. , Baton Rouge, LA 70802

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-09435                    DIVISION: C                    SECTION: 10

### DAVIS, CAROL

### Versus

### ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:          ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD.

THROUGH:   THE LOUISIANA SECRETARY OF STATE
                 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION WITH JURY DEMAND

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********.

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 18, 2021

Clerk's Office, Room 402, Civil Courts,                 CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                                             The Civil District Court
New Orleans, LA                                               for the Parish of Orleans
                                                                    State of LA
                                                                    by
                                                                    Jessica Brooks, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION WITH JURY DEMAND | PETITION WITH JURY DEMAND |
| ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. | ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. |
| THROUGH: THE LOUISIANA SECRETARY OF STATE | THROUGH: THE LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. being absent from the domicile at time of said service. . |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| / ENTERED / | Deputy Sheriff of _____ |
| PAPER.     RETURN. | |
| / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10637490                    Page 1 of 1

ATTORNEY'S NAME:   Craft, Jill L 20922
AND ADDRESS:      509 St. Louis St. , Baton Rouge, LA 70802

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-09435            DIVISION: C            SECTION: 10

DAVIS, CAROL

Versus

ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:        ALL RISKS SPECIALTY,  LLC F/K/A ALL RISKS LTD.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE

           8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

SUPPLEMENTAL, AMENDING, AND RESTATED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA March 1, 2021**

Clerk's Office, Room 402, Civil Courts        CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by
                                              Jessica Brooks, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| SUPPLEMENTAL, AMENDING, AND RESTATED PETITION | SUPPLEMENTAL, AMENDING, AND RESTATED PETITION |
| ON  ALL RISKS SPECIALTY,  LLC F/K/A ALL RISKS LTD. | ON  ALL RISKS SPECIALTY,  LLC F/K/A ALL RISKS LTD. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ALL RISKS SPECIALTY,  LLC F/K/A ALL RISKS LTD. being absent from the domicile at time of said service. |
| _____ No. ____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. ____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER              RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Craft, Jill L 20922
AND ADDRESS:      509 St. Louis St. , Baton Rouge, LA 70802

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-09435 | DIVISION: C | SECTION: 10 |
|---|---|---|

## DAVIS, CAROL

### Versus

## ALL RISKS SPECIALTY, LLC ETAL ET AL

### CITATION

TO:      ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE

              8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

<u>SUPPLEMENTAL, AMENDING, AND RESTATED PETITION</u>

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 1, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Jessica Brooks, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| SUPPLEMENTAL, AMENDING, AND RESTATED PETITION | SUPPLEMENTAL, AMENDING, AND RESTATED PETITION |
| ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. | ON ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE | THROUGH: ITS AGENT FOR SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said ALL RISKS SPECIALTY, LLC F/K/A ALL RISKS LTD. being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER      RETURN | Deputy Sheriff of _____ |
| _____ /      / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |